# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

The City of Cisco,                               * From the 91st District
Court of Eastland County,
Trial Court No. CV-1042068.

Vs. No. 11-13-00181-CV                * July 11, 2013

Cove Mini Storage, Inc. et al.,          * Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.)

      This court has considered the City of Cisco's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the City of Cisco.